**Order entered December 5, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00710-CR

### JOHN FRANCIS WALSH III, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 2
### Dallas County, Texas
### Trial Court Cause No. F17-75832-H

## ORDER

Before the Court is appellant's December 3, 2019 second motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due on or before January 6, 2020. Appellant is cautioned that the failure to file a brief by that date may result in the appeal being abated for a hearing under rule 38. *See* TEX. R. APP. P. 38.8(b)(3).

/s/  CORY L. CARLYLE
    JUSTICE